THE STATE v. GANT *et al., Appellants.*

Division Two, November 9, 1897.

Appeals: CRIMINAL LAW. Where defendants have had a fair and impartial trial and the verdict of the jury is warranted by the evidence and facts disclosed by the record, the judgment will be affirmed.

*Appeal from Lafayette County Criminal Court.*—HON. JOHN E. RYLAND, Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

(1)   The indictment is authorized by section 3489, Revised Statutes 1889.   It is drawn in the language of the statute as near as practicable, and is therefore sufficient in every essential particular.   *State v. Chumley*, 67 Mo. 41; *State v. Little*, 67 Mo. 624.   (2) There is abundant evidence disclosed in the transcript to authorize the verdict of guilty.

BURGESS, J.—At the October term, 1896, of the criminal court of Lafayette county, defendants were convicted under an indictment theretofore found against them by the grand jury of said county of felonious assault upon one A. W. Anderson with intent to kill, and the punishment of each fixed at imprisonment in the penitentiary for two years.   After unsuccessful motions for new trial and in arrest, they bring their case to this court by appeal for review.

There is no merit in this appeal.   Defendants had a fair and impartial trial and the verdict of the jury was well warranted by the evidence and facts disclosed by the record.   We therefore affirm the judgment.

GANTT, P. J., and SHERWOOD, J., concur.

